```
 1  LAWRENCE J. GORNICK, ESQ. (SBN 136290)
    DENNIS J. CANTY, ESQ. (SBN 207978)
 2  EMILY CHARLEY, ESQ. (SBN 238542)
    LEVIN SIMES KAISER & GORNICK LLP
 3  One Bush Street, 14th Floor
    San Francisco, California 94104
 4  Telephone    (415) 646-7160
    Facsimile    (415) 981-1270
 5
 6  Attorneys for Plaintiff
 7
 8                   UNITED STATES DISTRICT COURT
 9                  NORTHERN DISTRICT OF CALIFORNIA
10
11  WENDY MELEBECK,                ) Case No. C 06 0605 MJJ
                                   )
12            Plaintiff,           )
                                   ) NOTICE OF VOLUNTARY
13      vs.                        ) DISMISSAL
                                   ) ASTRAZENECA
14  ASTRAZENECA PHARMACEUTICALS,   ) PHARMACEUTICALS, L.P.,
    L.P., ASTRAZENECA, L.P., ELI   ) ASTRAZENECA, L.P.
15  LILLY AND COMPANY,             )
                                   ) HON. MARTIN J. JENKINS
16            Defendants.          )
                                   )  AND ORDER
17                                 )
                                   )
18                                 )
                                   )
19
```

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses without prejudice defendants ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., from the above-captioned action.

Dated: May 26, 2006           LEVIN SIMES KAISER & GORNICK LLP

                              _____
                              Dennis J. Canty
                              Attorneys for Plaintiff

GRANTED
Judge Martin J. Jenkins
5/30/2006

VOLUNTARY DISMISSAL                                          PAGE 1